AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schopler, Andrew G. | 2. Court or Organization<br><br>US District Court-Southern District of California | 3. Date of Report<br><br>05/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US District Court Southern District of California
221 W Broadway Suite 5160
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member, Judicial Advisory Board | Association of Business Trial Lawyers of San Diego |
| 2. | Judicial Master | Enright Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Cash Accounts | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Vanguard REIT Index Fund Admiral Shares (VGSLX) | B | Dividend | K | T | | | | | |
| 4. Vanguard Total Bond Mrket Index Fund Admiral Shares (VBTLX) | A | Dividend | K | T | | | | | |
| 5. IRA #2 (H) | | | | | | | | | |
| 6. Vanguard REIT Index Fund Admiral Shares (VGSLX) | A | Dividend | K | T | | | | | |
| 7. Vanguard Small-Cap Value Index Fund Admiral Shares (VSIAX) | A | Dividend | K | T | | | | | |
| 8. Vanguard Total Bond Market Index Fund Admiral Shares (VBTLX) | A | Dividend | J | T | | | | | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. Vanguard REIT Index Fund Admiral Shares (VGSLX) | B | Dividend | K | T | | | | | |
| 11. Vanguard Total Bond Market Index Fund (VBTLX) Admiral Shares | A | Dividend | K | T | | | | | |
| 12. Brokerage Account #1 (H) | | | | | | | | | |
| 13. Vanguard Emerging Markets Stock Index Fund Admiral Share (VEMAX) | A | Dividend | K | T | | | | | |
| 14. Vanguard European Stock Index Fund Admiral Shares (VEUSX) | A | Dividend | K | T | | | | | |
| 15. Vanguard Pacific Stock Index Fund Admiral Shares (VPADX) | A | Dividend | K | T | | | | | |
| 16. Vanguard Total Stock Market Index Fund Admiral Shares (VTSAX) | D | Dividend | O | T | Buy (add'l) | 08/09/17 | J | | |
| 17. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 19. Brokerage Account #2 (H) | | | | | | | | | |
| 20. Bayerische Motoren Werke Ord Common | | None | | | Sold | 02/02/17 | J | A | |
| 21. AFLAC Inc Common | A | Dividend | | | Sold | 03/01/17 | J | B | |
| 22. Activision Blizzard Inc Common | A | Dividend | J | T | Buy (add'l) | 11/29/17 | J | | |
| 23. Adobe Systems Inc Common | | None | | | Sold | 01/23/17 | J | B | |
| 24. Alphabet Inc Cl C Common | | None | J | T | | | | | |
| 25. Amazon Com Inc Common | | None | J | T | | | | | |
| 26. Apple Inc Common | A | Dividend | K | T | Buy (add'l) | 11/29/17 | J | | |
| 27. Assurant Inc Common | | None | | | Sold | 01/24/17 | J | B | |
| 28. Berkshire Hathaway Inc Cl B Common | | None | K | T | | | | | |
| 29. C S X Corp Common | | None | | | Sold | 01/23/17 | J | B | |
| 30. Canadian Natl Ry Co Common | A | Dividend | | | Sold | 02/22/17 | J | C | |
| 31. Cintas Corp Commmon | | None | | | Sold | 03/17/17 | J | C | |
| 32. Cognex Corp Common | A | Dividend | J | T | | | | | |
| 33. Costco Wholesale Corp Common | A | Dividend | | | Sold | 09/20/17 | J | C | |
| 34. Criteo SA Spon ADR Common | | None | | | Sold | 02/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cubic Corp Common | | None | | | Sold | 02/10/17 | J | A | |
| 36. Dassault Pharmacy Inc Common | | None | | | Sold | 02/02/17 | J | B | |
| 37. Diplomat Pharmacy Inc Common | | None | J | T | | | | | |
| 38. Walt Disney Co Common | A | Dividend | J | T | Buy (add'l) | 09/28/17 | J | | |
| 39. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 40. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 41. Ecolab Inc Common | A | Dividend | J | T | | | | | |
| 42. Facebook Inc Cl A Common | | None | J | T | | | | | |
| 43. Ford Motor Co Common | A | Dividend | | | Sold | 09/19/17 | J | A | |
| 44. Gilead Sciences Inc Common | A | Dividend | J | T | | | | | |
| 45. Hasbro Inc Common | A | Dividend | | | Sold | 02/06/17 | J | | |
| 46. Interactive Brokers Group Inc Common | A | Dividend | J | T | | | | | |
| 47. Kinder Morgan Inc Del Common | A | Dividend | J | T | Buy (add'l) | 10/29/17 | J | | |
| 48. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 49. Leucadia National Corp Common | | None | | | Sold | 01/25/17 | J | | |
| 50. Marriott Intl Inc Cl A Common | | None | | | Sold | 01/26/17 | J | A | |
| 51. Match Group Inc Common | | None | J | T | Buy (add'l) | 09/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McKesson Inc Common | A | Dividend | | | Sold | 09/25/17 | J | B | |
| 53. National Instrs Corp Common | | None | | | Sold | 01/24/17 | J | B | |
| 54. National-Oilwell Varco Inc Common | | None | | | Sold | 02/07/17 | J | B | |
| 55. Natus Med Inc Del Common | | None | J | T | | | | | |
| 56. Netflix Com Inc | | None | J | T | | | | | |
| 57. Nucor Corp Common | A | Dividend | J | T | | | | | |
| 58. Nvidia Corp Common | | None | | | Sold | 02/10/17 | J | D | |
| 59. Panera Bread Co Cl A Common | | None | | | Sold | 02/08/17 | J | B | |
| 60. Roper Technologies Inc Common | A | Dividend | | | Sold | 01/25/17 | J | A | |
| 61. SVB Finl Group Com | | None | J | T | | | | | |
| 62. Shopify Inc Cl A Common | | None | J | T | | | | | |
| 63. Simpson Mfg Inc Common | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 64. Stamps.com Inc Common | | None | | | Sold | 07/17/17 | J | A | |
| 65. T-Mobile US Inc Common | | None | | | Sold | 07/24/17 | J | A | |
| 66. Teradata Corp Del Com Common | | None | | | Sold | 01/23/17 | J | A | |
| 67. Texas Roadhouse Common | A | Dividend | | | Sold | 06/27/17 | J | A | |
| 68. Tripadvisor Inc Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Watsco Inc Cl A Common | A | Dividend | J | T | | | | | |
| 70. Workday Inc Cl A Common | | None | | | Sold | 06/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2: This position became effective in the fall of 2016.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew G. Schopler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544